UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE JACKSON,<br><br>                    Plaintiff,<br>     v.<br>STATE OF NEVADA,<br><br>                    Defendant. | Case No. 3:25-cv-00362-MMD-CLB<br><br>ORDER |

On July 16, 2025, pro se plaintiff Willie Jackson, an inmate in the custody of the Nevada Department of Corrections, submitted an incomplete application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff's application to proceed *in forma pauperis* is incomplete because he did not include a **financial certificate or an inmate trust fund account statement for the previous six-month period with the application**. The Court will deny Plaintiff's application without prejudice and give Plaintiff the opportunity to correct these deficiencies **by September 22, 205**.

Additionally, Plaintiff did not file a complaint or any other document with his application to proceed *in forma pauperis*. Plaintiff has filed several cases in this Court, and it is not clear whether Plaintiff intended to open a new or to file his application to proceed *in forma pauperis* in a previously opened case. Because Plaintiff did not include a case number with the application to proceed *in forma pauperis*, the application was filed in a new case. If Plaintiff intended to file his application to proceed *in forma pauperis* in a previously opened case, then he may file a motion to voluntarily dismiss this case. If Plaintiff intended to open a new case, then he must file a complaint in this case.

I.   DISCUSSION

   A.  Application to Proceed *in Forma Pauperis*

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee

for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

As explained above, Plaintiff's application to proceed *in forma pauperis* is incomplete. The Court will therefore deny Plaintiff's application to proceed *in forma pauperis* without prejudice and grant Plaintiff an extension of time to either pay the filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents.

### B. Complaint

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

## II. CONCLUSION

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It is further ordered that Plaintiff has **until September 22, 2025**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

It is further ordered that Plaintiff has **until September 22, 2025**, to file a complete, signed complaint on this Court's approved form.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee and filed a complaint.

The Clerk of the Court is directed to send Plaintiff Willie Jackson the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same as well as he approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: July 23, 2025.

_____
UNITED STATES MAGISTRATE JUDGE