**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIE JACKSON,<br><br>                              Plaintiff,<br>v.<br><br>STATE OF NEVADA,<br><br>                              Defendant. | Case No. 3:25-CV-00362-MMD-CLB<br><br>**ORDER FOR PLAINTIFF TO RETURN SIGNED COMPLAINT BY FEBRUARY 6, 2026** |

Plaintiff Willie Jackson filed this pro se civil-rights case under 42 U.S.C. § 1983. The Court directed Plaintiff to file a signed complaint and either pay the filing fee or file a fully complete application to procced *in forma pauperis* ("IFP"). (ECF No. 3.) Plaintiff has filed a complete IFP application (ECF No. 7) and a complaint (ECF No. 6), but the complaint is not signed. Because Plaintiff is representing himself, he must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a). If Plaintiff does not promptly correct this omission, then the Court must strike the unsigned complaint. *See id.*

Accordingly, **IT IS ORDERED** that Plaintiff must sign and return the complaint by **February 6, 2026**.

Plaintiff is cautioned that failure to timely comply with this order will result in the Court striking the complaint and may result in this action being dismissed without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff can submit a signed complaint.

The Clerk of Court is directed to send Plaintiff a courtesy copy of the unsigned complaint (ECF No. 6).

**IT IS SO ORDERED.**

**DATED**: January 7, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**